# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Thomas Gherense                                   Docket No. 1:20-CR-47

### Petition for Action on Conditions of Pretrial Release

COMES NOW, U.S. PROBATION OFFICER Nicole R. Andrews, presenting an official report upon the conduct of defendant **Thomas GHERENSE** who was placed on pretrial release supervision by The Honorable Michael S. Nachmanoff sitting in the court at Alexandria, Virginia, on December 20, 2019, and continued under the following conditions of release on February 18, 2020, by Your Honor:

1) Report on a regular basis to Pretrial Services; 2) Undergo substance abuse testing and/or treatment as directed; 3) Seek and maintain verifiable employment, 4) Avoid all contact, directly or indirectly, with any co-conspirators or potential witnesses related to the charged offense unless in the presence of counsel; and 5) Not use alcohol to excess.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On June 30, 2020, the defendant was arrested and charged with the following: 1) Driver Failure to Obey Designated Lane Directions; 2) Negligent Driving Vehicle in Careless and Imprudent Manner Endangering Property, Life and Person; 3) Reckless Driving Vehicle in Wanton and Willful Disregard for Safety of Persons and Property; 4) Driving Vehicle While Under the Influence of Alcohol; 5) Driving Vehicle While Impaired by Alcohol; 6) Driving, Attempting to Drive Vehicle While So Far Impaired by Alcohol Cannot Drive Safely; and 7) Driver Changing Lanes When Unsafe, in Anne Arundel County, Maryland.

PRAYING THAT THE COURT WILL address the aforementioned violations at the defendant's sentencing hearing on July 17, 2020, and the defendant be made to show cause why his conditions of release should not be revoked.

**ORDER OF COURT**
Considered and ordered this 7th day of July, 20 20 and ordered filed and made a part of the records in the above case.

_____
Liam O'Grady
Senior U.S. District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 3, 2020

Brent Keith  Digitally signed by Brent Keith
Date: 2020.07.06 15:08:56 -04'00'

_____
*for* Nicole R. Andrews
U.S. Probation Officer
(703) 366-2111